IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEVIN SANCHEZ,

    Plaintiff,

v.                                                                                              No. CIV 06-1121 WJ/CEG

TOM HAVEL, Administrator, San Juan
County Detention Center; MAYA LAST
NAME UNKNOWN, Administrator, Medical
Department San Juan County Detention Center,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on November 1, 2007.  *See Doc 59.*  Sanchez filed his objections to the Proposed Findings and Recommended Disposition on November 14, 2007.  *See Doc. 60.*  The Court has carefully reviewed Sanchez's objections de novo and finds that they are not well-taken.  Sanchez's objections do not address the contents of the Proposed Findings and Recommended Disposition.

Wherefore,

IT IS HEREBY ORDERED THAT:

1)    the Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 59)* are adopted;

2)    Havel's motion for summary judgment (*Doc. 26*) is granted;

3)    Donaldson's motion for summary judgment (*Doc. 38*) is granted;

4)    Sanchez's motions for summary judgment (*Docs. 48, 50, 52*) and motion for

        discovery (*Doc. 55*) are denied;

5)       Sanchez's motion for order (*Doc. 22*) is denied as moot; and

6)       civil case number 06-1121 WJ/CEG is dismissed with prejudice.

                                                  UNITED STATES DISTRICT JUDGE